AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

DERRICK ANDERSON

*Plaintiff(s)*

v.     Civil Action No. 17cv1055

LULULEMON USA INC.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lululemon USA Inc.
c/o CT Corporation System
111 Eighth Avenue
New York, New York, 10011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C.K. Lee, Esq.,
Lee Litigation Group, PLLC
30 East 39th St, Second Floor
New York, New York 10016
Tel: (212)-465-1188

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2/24/2017

DOUGLAS C. PALMER
*CLERK OF COURT*

s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*