UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DERRICK ANDERSON, *on behalf of himself and all others similarly situated*,

                Plaintiff,

-against-

LULULEMON USA INC.,

                Defendant.

17 CV 1055 (PKC) (PK)

**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, acting by means of their respective counsel, that the time for the Defendant to answer, move or otherwise respond with respect to the Complaint in the above matter is hereby extended through and including June 6, 2017. There has been one previous request for an extension of time.

IT IS FURTHER STIPULATED AND AGREED, that the Defendant also agrees to (i) consent to the jurisdiction of the Court, (ii) waive all defenses to invalid service of process and (iii) accept service of the Complaint and all amendments thereon.

| For the Defendant: | For the Plaintiff: |
|---|---|
| By: /s/ Joseph Piesco | By: |
| Joseph Piesco, Esq. | C.K. Lee, Esq. |
| DLA Piper LLP (US) | Lee Litigation Group, PLLC |
| 1251 Avenue of the Americas, 27th Floor | 30 East 39th Street, 2nd Floor |
| New York, NY 10020-1104 | New York, New York 10016 |
| Telephone: (212) 335-4537 | Telephone: (212) 465-1188 |
| Fax: (212) 335-4501 | Fax: (212) 465-1181 |
| joe.piesco@dlapiper.com | cklee@leelitigation.com |
| Date: 5/23/17 | Date: 5/23/17 |

SO ORDERED

_____         _____
U.S.D.J.                                              Dated