UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DERRICK ANDERSON, *on behalf of himself and all others similarly situated,*

                      Plaintiff,

-against-

LULULEMON USA INC.,

                      Defendant.

17 CV 1055 (PKC) (PK)

**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, acting by means of their respective counsel, that the time for the Defendant to answer, move or otherwise respond with respect to the Complaint in the above matter is hereby extended through and including July 6, 2017. This is the second request for an extension of time.

For the Defendant:

By: _Joe Piesco /c.w._
Joseph Piesco, Esq.
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Telephone: (212) 335-4537
Fax: (212) 335-4501
joe.piesco@dlapiper.com

Date: 6/6/2017

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 6/6/2017

SO ORDERED

_____
U.S.D.J.

_____
Dated