

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Joseph A. Piesco
joseph.piesco@dlapiper.com
T  212.335.4537
F  917.778.8629

July 6, 2017

**VIA ECF**

The Honorable Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Derrick Anderson v. Lululemon USA Inc.*
            Case No.: 17-cv-1055 (PKC)(PK)
            **Joint Correspondence Regarding Settlement**

Dear Judge Chen:

       This letter is jointly submitted by Plaintiff Derrick Anderson and Defendant Lululemon USA Inc. (collectively, the "Parties") to advise the Court that the Parties have reached a settlement agreement, in principle, to resolve all claims in the above-referenced matter ("Agreement"). In light of the Agreement, the Parties respectfully request that all further deadlines in this matter be stayed, including the deadline for Defendant to answer, move or otherwise respond to the Complaint.

       We thank the Court for its time and attention to this matter.

Respectfully submitted,

_____
**Lee Litigation Group, PLLC**
C.K. Lee, Esq.
30 East 39th Street, Second Floor
New York, NY 10016
*Attorney for Derrick Anderson*

_____
Joseph Piesco /c.s.
**DLA Piper LLP (US)**
Joseph Piesco, Esq.
1251 Avenue of the Americas
New York, NY 10020
*Attorney for Lululemon USA Inc.*